MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    James.C.Mann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-14-00238 RS |
|---|---|---|
| | ) | |
| | ) | [PROPOSED] ORDER TO EXCLUDE TIME |
| v. | ) | |
| | ) | Date: May 13, 2014 |
| | ) | Time: 2:30 p.m. |
| MONLETO LAMONT HOLLY, | ) | Court: Hon. Richard Seeborg |
| | ) | |
| Defendant. | ) | |
| | ) | |

("PROPOSED" is struck through.)

The parties appeared before this Court in the above-captioned matter on May 13, 2014 for a status hearing. Defendant is continuing to review discovery and to conduct investigation. As a result, the parties requested that the Court exclude time between May 13, 2014 and June 10, 2014 for effective preparation of counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that, time between May 13, 2014 and June 10, 2014 is excluded pursuant to the Speedy Trial Act for effective preparation of counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Based upon the parties'

[PROPOSED] ORDER TO EXCLUDE TIME
CR-14-00238 RS

representations at the hearing, the Court finds that the extension is not sought for delay, and the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: 5/14/14

_____

HON. RICHARD SEEBORG
United States District Court Judge

[PROPOSED] ORDER TO EXCLUDE TIME
CR-14-00238 RS