1  MARK ROSENBUSH
   Attorney at Law, CSB 72436
2  214 Duboce Avenue
   San Francisco, CA 94103
3  Tel: (415) 861-3555
   Fax: (415) 255-8631
4
   Attorney for Defendant
5

6               UNITED STATES DISTRICT COURT

7               NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        )        No.  CR 14-00238-001 RS
9                                    )
              Plaintiff,             )
10                                   )        Stipulation and [Proposed]
                                     )        Order Continuing Sentencing Hearing
11        vs.                        )
                                     )
12 MONLETO LAMONT HOLLY,             )
                                     )
13           Defendant.              )
                                     )
14 _____ )

15

16

17        Defendant MONLETO HOLLY, represented by Mark Rosenbush, and the government,

18 represented by AUSA William Frentzen, by stipulation, request a continuance of the sentencing

19 hearing in this matter.  Mr. HOLLY pleaded guilty to a one count violation of 18 USC

20 922(g)(1), felon in possession of a firearm.  He has been in custody of the US Marshal

21 throughout the proceeding.  Sentencing is currently scheduled for December 16, 2014, at 2:30

22 p.m.  Although a presentence report was filed in this matter, the Probation Department is

23 preparing an amended presentence report, which cannot be filed in time for counsel to file their

24 sentencing memoranda in a timely manner.  There are forensic psychiatric records and reports

25 which Probation and counsel must address, which have added to the delay in this matter.  Mr.

26 Holly, through counsel, and the government, through Mr. Frentzen, agree that it is in the interest

27 of justice to continue the sentencing hearing in this matter to January 7, 2015, at 11:00 a.m., and

28 that such continuance is necessary for both parties to properly prepare and present their

                                                                                                1

1   sentencing memoranda to the Court.

2          For that reason the parties agree and request that the December 16, 2014 appearance be

3   taken off calendar, and that the sentencing hearing be set instead for January 7, 2015, at 11:00

4   a.m.

5

6                                                    MELINDA HAAG
                                                     United States Attorney
7

8   Dated: December 10, 2014                         _____/s/_____
                                                     WILLIAM FRENTZEN
9                                                    Assistant United States Attorney

10

11  Dated: December 10, 2014                         _____/s/_____
                                                     MARKROSENBUSH
12                                                   Attorney for Defendant
                                                     MONLETO LAMONT HOLLY

13

14

15
                                    [P~~ROPOSED~~] ORDER
16

17         Based on the foregoing representations, the stipulation of the parties above,  and for

18  adequate preparation and continuity of counsel, IT IS HEREBY ORDERED that the sentencing

19  hearing in this matter is continued from December 16, 2014, to January 7, 2015, at 11:00 a.m.

20
    Dated:  12/12/14     _____                  _____
21                                                   Hon. RICHARD SEEBORG
                                                     United States District Judge
22

23

24

25

26

27

28

                                                                                          2