Jonathan M. Baum (SBN 303469)
jbaum@steptoe.com
STEPTOE & JOHNSON LLP
One Market Plaza
Spear Tower, Suite 3900
San Francisco, California 94105
Telephone: (415) 365-6700 / Facsimile: (415) 365-6699

Attorney for Defendant
MONLETO LAMONT HOLLY

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MONLETO LAMONT HOLLY,<br><br>Defendant. | Case No. 3:14-cr-00238-RS-1<br><br>**STIPULATION RE: CONTINUANCE**<br><br>Court: Hon. Richard Seeborg |

  This matter is currently set for a hearing on July 12, 2022, at 2:30 p.m. However, on Friday, July 8, 2022, Probation Officer Richard Brown was notified by the Contra Costa County Probation Department that Defendant Holly's state court hearing has been continued to July 29, 2022.

  Because the alleged violation of probation relates directly to the state court matter that will now be heard on July 29, 2022, the U.S. Attorney's Office, Probation, and counsel for Defendant Holly agree it would be most efficient for the

matter to be continued to a date after July 29, 2022. The parties propose Tuesday, August 9, 2022, but are agreeable to any date that is convenient for the Court.

Dated:  July 8, 2022                           Respectfully submitted,

                                               STEPTOE & JOHNSON LLP

                                               By: /s/ *Jonathan Baum*
                                               Attorney for Defendant
                                               MONLETO LAMONT HOLLY

Dated:  July 8, 2022                           /s/ Barbara Joan Valliere
                                               Assistant United States Attorney


Dated:  July 8, 2022                           /s/ Richard Brown
                                               U.S. Probation & Pretrial Services

**ORDER**

Based on the stipulation of the parties, hearing on this matter is continued to August 9, 2022, at 2:30 p.m.

IT IS SO ORDERED.

Dated: July 8, 2022

_____
HON. RICHARD SEEBORG
United States District Judge