| | |
|---|---|
| 1 | Jonathan M. Baum (SBN 303469) |
| 2 | jbaum@steptoe.com<br>STEPTOE & JOHNSON LLP<br>One Market Plaza |
| 3 | Spear Tower, Suite 3900<br>San Francisco, California 94105 |
| 4 | Telephone: (415) 365-6700 / Facsimile: (415) 365-6699 |
| 5 | Attorney for Defendant<br>MONLETO LAMONT HOLLY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MONLETO LAMONT HOLLY,<br><br>　　　　Defendant. | Case No. 3:14-cr-00238-RS-1<br><br>**STIPULATION AND ORDER CONTINUING HEARING**<br><br>Date:　　August 23, 2022<br>Time:　　2:30 p.m.<br>Courtroom: Via Zoom<br>Judge:　Hon. Richard Seeborg |

IT IS SO STIPULATED by the parties that the hearing regarding Defendant Holly's alleged supervised release violation previously set for August 23, 2022 at 2:30 p.m. shall be continued to December 13, 2022 at 2:30 p.m. or another date convenient for the Court. This continuance is requested because Mr. Holly's hearing on a related matter in state court in Contra Costa County has been continued from August 19 to December 8, 2022.

Dated: August 22, 2022

Respectfully submitted,

STEPTOE & JOHNSON LLP

By: /s/ *Jonathan Baum*
Attorney for Defendant
MONLETO LAMONT HOLLY

Dated: August 22, 2022

/s/ *Barbara Joan Valliere*
Assistant United States Attorney

Dated: August 22, 2022

/s/ *Richard Brown*
U.S. Probation & Pretrial Services

### ORDER

Based on the stipulation of the parties, the hearing on this matter is continued to December 13, 2022 at 2:30 p.m.

IT IS SO ORDERED.

Dated: August 22, 2022

HONORABLE RICHARD SEEBORG
United States District Judge