1  Jonathan M. Baum (SBN 303469)
2  jbaum@steptoe.com
   STEPTOE & JOHNSON LLP
3  One Market Plaza
4  Steuart Tower, Suite 1070
   San Francisco, California 94105
5  Telephone: (415) 365-6700 / Facsimile: (415) 365-6699

6
7  Attorney for Defendant
   MONLETO LAMNT HOLLY
8

9              **UNITED STATES DISTRICT COURT**

10   **NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

11

12  UNITED STATES OF AMERICA,          Case No.: 3:14-CR-00238-RS-1

13               Plaintiff,            **STIPULATION AND ORDER**
14                                     **CONTINUING HEARING AS**
                                       **MODIFIED BY THE COURT**
15       vs.                          Date:      April 18, 2023
16                                     Time:      2:30 pm
    MONLETO LAMONT HOLLY,              Courtroom: VIA ZOOM
17                                     Judge:     Hon. Richard Seeborg
               Defendants.
18

19

20

21

22

23

24

25

26

27

28

───────────────────────────────────

            **STIPULATION AND  ORDER CONTINUING HEARING**

1    IT IS SO STIPULATED by the parties that the hearing regarding

2  Defendant Holly's alleged supervised release violation previously set for

3  February 7, 2023 at 2:30 p.m. shall be continued to April 18, 2023 at 2:30 p.m. or

4  another date convenient for the Court. This continuance is requested because Mr.

5  Holly's hearing on a related matter in state court in Contra Costa County has

6  been continued to March 23, 2023.

7

8  Dated: February 3, 2023          Respectfully Submitted

9                                   STEPTOE & JOHNSON LLP
                                     By: /s/ Jonathan Baum
10                                   Attorney for Defendant

11                                   MONLETO LAMONT HOLLY

12  Dated: February 3, 2023          /s/ Barbara Joan Valliere

13                                   Assistant United States Attorney

14  Dated: February 3, 2023          /s/ Richard Brown

15                                   U.S. Probation & Pretrial Services

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER CONTINUING HEARING**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the stipulation of the parties, the hearing on this matter is continued to April 18, 2023 at 2:30 p.m.

IT IS ORDERED.

Dated:  February 3, 2023

HONORABLE RICHARD SEEBORG

United States District Judge

**STIPULATION AND ORDER CONTINUING HEARING**