1  Kathryn Ross
   KATHRYN ROSS LAW
2  803 Hearst Avenue
   Berkeley, Ca 94710
3  katie@kathrynrosslaw.com
   Tel: (510) 210-8898
4

5  Attorney for Defendant
   Mr. Monleto Holly
6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,          Case Nos. 23-cr-145-RS
                                                 14-cr-238-RS
12                    Plaintiff,
                                       **STIPULATION, REQUEST AND**
13        v.                           **[PROPOSED] ORDER TO CONTINUE**
                                       **STATUS CONFERENCE**
14  MONLETO HOLLY,

15                    Defendant.

16        With the government's agreement, Counsel for Mr. Holly seeks to reschedule Mr. Holly's

17  Status Conference, currently scheduled for January 30, 2024 at 9:30 a.m., to February 27, 2024, at

18  9:30 a.m.

19        The additional time is necessary for the parties to meet and confer about a pre-plea proposal the

20  defense presented to the government on January 22, 2024.  The parties also agree that time should be

21  excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by

22  reviewing the discovery already produced and conferring about a resolution.  For this reason, the parties

23  stipulate and agree that excluding time until February 27, 2024 will allow for the effective preparation

24  of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of

25  justice served by excluding the time from January 30, 2024 through February 27, 2024 from

26  computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a

27  speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

28

                                   STIP AND [PROPOSED] ORDER TO
                                   CONTINUE STATUS CONFERENCE
                                   Case Nos.: 23-cr-145-RS; 14-cr-238-RS

1    Counsel for Mr. Holly certifies that she obtained approval from counsel for the government and

2  probation to file this stipulation, request, and proposed order.

3    SO STIPULATED.

4

5  DATED:  January 29, 2024.                    ISMAIL RAMSEY

6                                               United States Attorney

                                       /s/
7                                      KELSEY DAVIDSON
                                       Assistant United States Attorney
8

9                                       /s/
10                                     KATHRYN ROSS
                                       Attorney for Mr. Holly
11

12

13                           **[PROPOSED] ORDER**

14    Accordingly, and for good cause shown, THE COURT ORDERS THAT:

15  Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that

16  the ends of justice are served by continuing the Status Conference to February 27, 2024.  The Court

17  also finds that failing to exclude the time from January 30, 2024 through February 27, 2024 would

18  unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

19  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

20  Court further finds that the ends of justice served by excluding the time from January 30, 2024

21  through February 27, 2024 from computation under the Speedy Trial Act outweigh the best interests

22  of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS

23  HEREBY ORDERED that the time from January 30, 2024 through February 27, 2024 shall be

24  excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

25    IT IS SO ORDERED.
    DATED:  1/29/2024
26                                     _____
                                       HON. RICHARD SEEBORG
27                                     UNITED STATES DISTRICT JUDGE

28

             2        STIP AND [PROPOSED] ORDER TO
                      CONTINUE STATUS CONFERENCE
                      Case Nos.: 23-cr-145-RS; 14-cr-238-RS