Kathryn Ross [CSBN 171100]
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510-210-8898
katie@kathrynrosslaw.com

Attorney for Defendant Mr. Monleto Holly

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MONLETO HOLLY,<br><br>    Defendant. | Case Nos.: 23-CR-145-RS; 14-CR-238-RS<br><br>**STIPULATION, REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE.** |

      Counsels for the government and Mr. Holly seek to reschedule Mr. Holly's status conference, currently scheduled for February 27, 2024, at 2:30 p.m., to a change of plea hearing on March 19, 2024, at 9:30 a.m.

      Having met and conferred, the parties plan to enter into a negotiated plea agreement. Additional time is necessary to draft, approve and review the agreement. The parties also agree that time should be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced and conferring about a resolution. For this reason, the parties stipulate and agree that excluding time until March 19, 2024, will allow

STIPULATION, REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE. STATUS 14-CR-238, 23-CR-145- 1

for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from through February 27, 2024, through March 19, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Counsel for Mr. Holly certifies that she obtained approval from counsel for the government and probation to file this stipulation, request, and proposed order.

SO STIPULATED.

DATED: February 23, 2024.                                        ISMAIL RAMSEY

United States Attorney

/s/
KELSEY DAVIDSON
Assistant United States Attorney

/s/
KATHRYN ROSS
Attorney for Mr. Holly

**ORDER**

Accordingly, and for good cause shown, THE COURT ORDERS THAT:

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice are served by continuing the matters to March 19, 2024, in anticipation of a change of plea on that date. The Court also finds that failing to exclude the time from February 27, 2024, through March 19, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due

STIPULATION, REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE. STATUS 14-CR-238, 23-CR-145- 2

diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 27, 2024, through March 19, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 27, 2024, through March 19, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

    IT IS SO ORDERED.

DATED: 2/23/2024

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION, REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE. STATUS 14-CR-238, 23-CR-145- 3