Kathryn Ross [CSBN 171100]
KATHRYN ROSS LAW
803 Hearst Avenue
Berkeley, Ca 94710
katie@kathrynrosslaw.com
Tel: (510) 210-8898

Attorney for Defendant
Monleto Holly

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MONLETO HOLLY,<br><br>　　　　　　　Defendant(s). | Case Nos.: 23-cr-0145-RS; 14-cr-0238-RS<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING** |

　　　This matter is scheduled for a sentencing hearing before the Court on June 18, 2024 at 9:30 a.m. Defense counsel is unavailable on this date. Accordingly, with the government's consent, the defense requests a continuance of this hearing until June 25, 2024.

　　　Counsel for Mr. Holly certifies that she obtained approval from counsel for the government and probation to file this stipulation, request and proposed order.
　　　IT IS SO STIPULATED.

DATED:  April 16, 2024　　　　　　　　　　　ISMAIL RAMSEY
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　　　　　KELSEY DAVIDSON
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　　　　　KATHRYN ROSS
　　　　　　　　　　　　　　　　　　　　　　Attorney for Mr. Holly

**ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the sentencing hearing in the above-captioned matter is continued from June 18, 2024 to June 25, 2024 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  April 16, 2024

_____
HON. RICHARD SEEBORG
United States District Judge